**FILED**
SEP 26 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. Marissa HERRERA-Granillo, Defendant. | Magistrate Case No.: '07 MJ 8815<br>COMPLAINT FOR VIOLATION OF<br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance (Felony) |

The undersigned complainant being duly sworn states:

That on or about September 25, 2007, within the Southern District of California, defendant Marissa HERRERA-Granilla did knowingly and intentionally import approximately 66.52 kilograms (146.34 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Rafael Silva, Special Agent
U. S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 26TH DAY OF SEPTEMBER 2007.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Marissa HERRERA-Granillo

STATEMENT OF FACTS

This complaint is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Rafael Silva.

On September 25, 2007, at approximately 0741 hours, Marissa HERRERA-Granillo entered the United States from the Republic of Mexico via the Calexico, CA West Port of Entry. HERRERA was the sole occupant driver of a 1995 Ford Windstar.

CBPO Ledbetter received a negative Customs declaration from HERRERA. CBPO Ledbetter asked HERRERA who owned the vehicle and HERRERA stated she did. CBPO Ledbetter requested the assistance of CBP Canine Enforcement Officer (CEO) A. Jones. CBP/CEO A. Jones utilized his assigned dog to screen the vehicle. The dog alerted to the vehicle. CBP/CEO A. Jones notified CBPO Ledbetter of the alert. HERRERA and the vehicle were escorted to the vehicle secondary inspection area.

In the vehicle secondary inspection area, HERRERA gave a negative Customs declaration to CBPO Valenzuela. CBPO Valenzuela asked HERRERA if she was the owner of the vehicle and she stated she was. CBPO Valenzuela conducted a search of the vehicle and found packages hidden inside the cargo door and side sliding door of the vehicle. CBPO Valenzuela probed a package exposing a green leafy substance, which tested and proved positive for marijuana. A total of 55 packages with a net weight of 66.52 kilograms (146.34 pounds) of marijuana were removed from the vehicle.

HERRERA was placed under arrest and advised of her rights per Miranda, which she acknowledged and waived, agreeing to answer questions. HERRERA stated to Special Agent Silva she knew the vehicle contained drugs. HERRERA stated she was offered $1,600.00 to drive the drug-laden vehicle into the United States.