FILED
NOV - 1 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 07CR3005-JAH |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| MARISSA HERRERA-GRANILLO, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about September 25, 2007, within the Southern District of California, defendant MARISSA HERRERA-GRANILLO, did knowingly and intentionally import 50 kilograms or more, to wit: approximately 66.52 kilograms (approximately 146.34 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED:  November 1, 2007  .

KAREN P. HEWITT
United States Attorney

/s/ John F. Weis

AARON B. CLARK
Assistant U.S. Attorney

ABC:drh: Imperial
11/1/07