# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA    )    CASE NUMBER __07cr3005-JAH__
                            )
vs                          )    ABSTRACT OF ORDER
                            )
                            )    Booking No. __01605258__
Marissa Ibrrera-            )
Bravillo                    )
                            )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __2/19/08__
the Court entered the following order:

__✓__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

__✓__ Defendant sentenced to TIME SERVED, supervised release for __3__ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other._____

JOHN A. HOUSTON
UNITED STATES MAGISTRATE JUDGE
                                DISTRICT
                                OR
W. SAMUEL HAMRICK, JR. Clerk
by _____
                Deputy Clerk

Received _____
         DUSM

Crim-9   (Rev 6-95)                              ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY