## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA    )    CASE NUMBER___07cr3005-JAH___
                            )
vs                          )    ABSTRACT OF ORDER
                            )
                            )    Booking No.__01605258__
MArissA ibrrera-            )
Gravillo                    )
                            )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of_____2/19/08_____

the Court entered the following order:

✓_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release

and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and (_____ bond) (_____ bond on appeal) exonerated.

✓_____ Defendant sentenced to TIME SERVED, supervised release for___3___ years.

_____ c.c. judgment Court of Appeals (_____ affirming) (_____ reversing) decision of this Court:

_____dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other._____

JOHN A. HOUSTON

UNITED STATES MAGISTRATE JUDGE
            DISTRICT
                OR

W. SAMUEL HAMRICK, JR.   Clerk

by

Deputy Clerk

Received_____
            DUSM

Crim-9    (Rev 6-95)

★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY